IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HAROLD TURNER,

      Plaintiff,

v.                                     Case No. 3:10-CV-074 DPM

MARTIN WIRELESS, LLC, d/b/a MARTIN
WIRELESS, a foreign limited liability company;
MFC COMMUNICATIONS, LLC, d/b/a MFC
WIRELESS, a foreign limited liability company;
DONALD G. MARTIN, individually; MICHAEL
CANNON; individually, and STEPHEN FARMER,
individually,

      Defendants.

## AGREED ORDER OF DISMISSAL

The Court has been advised that all issues and controversies have been resolved to the parties' mutual satisfaction. The parties submitted their settlement agreement to the Court *in camera* for the Court's review. The Court is familiar with and has reviewed the terms of the parties' agreement to resolve this action, as well as the parties' contentions in this case with regard to bona fide disputed issues of fact and law. The Court finds that the agreement entered into by the parties is fair and reasonable.

Accordingly, by agreement of the parties, it is hereby ordered as follows:

(1) this case is hereby dismissed with prejudice as to all Defendants;

(2) all pending motions and/or requests for attorney's fees and costs are hereby denied as moot;

(3) other than as provided in the parties' agreement, each party shall bear its own attorney's fees and costs in this matter; and

(4) under the authority of *Kokkenen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994), the Court retains jurisdiction for the sole purpose of enforcing the parties' underlying settlement agreement.

SO ORDERED this 22nd day of February, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE


PLAINTIFF HAROLD TURNER


By:/s/Justin Ross
MORGAN & MORGAN, PA
JUSTIN M. ROSS # 19571
One Commerce Square, Ste. 2600
Memphis, Tennessee 38103
Phone: 901-217-7000
Fax: 901-333-1871
jross@forthepeople.com

ATTORNEY FOR PLAINTIFF


DEFENDANTS MFC COMMUNICATIONS, MICHAEL CANNON, STEPHEN FARMER


By: /s/ James Simpson
JAMES M. SIMPSON, #2006115
ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM, PLLC
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103]
Phone: 901-763-4200
Fax: 901-684-1678
jsimpson@allensummers.com